November 9, 2016

<u>VIA ECF</u>

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Sergeants Benevolent Assoc. Health & Welfare Fund v. Fougera
Pharms., Inc., et al.,* No. 16-cv-07229-WHP; *Sergeants Benevolent Assoc.
Health & Welfare Fund v. Fougera Pharms., Inc., et al.*, No. 16-cv-07987-
WHP; *NECA-IBEW Welfare Trust Fund v. Akorn, Inc., et al.*, No. 16-cv-
08109-WHP; *Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund
v. Fougera Pharms. Inc., et al.*, No. 16-cv-08374-WHP; *United Food and
Commercial Workers Unions and Employers Midwest Health Benefits Fund v.
Fougera Pharms., Inc., et al*., No. 16-cv-07979-WHP; *A.F. of L.-A.G.C
Building Trades Welfare Plan v. Akorn, Inc., et al.*, No. 16-cv-08469-WHP;
and *International Union of Op. Eng. Local 30 Benefits Fund v. Fougera
Pharms, Inc., et al.*, No. 16-cv-08539-WHP

Dear Judge Pauley:

Counsel for the parties in the above-listed actions jointly write to address certain
agreements among the parties concerning (i) service of the complaints in the above-listed
actions; (ii) the filing of one or more consolidated complaints; and (iii) Defendants' responses to
any or all of the complaints.

The first-filed action (*Sergeants Benevolent,* No. 16-cv-07229-WHP) was filed on
September 15, 2016.  Of the seven actions, four involve clobetasol only; two involve both
clobetasol and desonide; and one involves desonide only.  The named defendants are not the
same in each action.  For purposes of this letter, "Defendants" refers to the following defendants
only:  Fougera Pharmaceuticals, Inc., Sandoz, Inc., Akorn, Inc., Hi-Tech Pharmacal Co., Inc.,
Perrigo Company PLC, Perrigo New York, Inc., Taro Pharmaceutical Industries LTD., Taro
Pharmaceuticals USA, Inc., Morton Grove Pharmaceuticals, and Wockhardt USA LLC.  In light

of the various filings and deadlines, the potential briefing on the issues of consolidation and the appointment of interim lead counsel, Plaintiffs and Defendants have conferred and have agreed to and propose the following:

1. Defendants, to the extent that they have not yet been served with process, agree to waive service of the summonses and complaints filed in the above-listed actions;[1]

2. Defendants need not respond to any of the complaints filed in the above-listed cases until after the Court issues an order resolving the issues of consolidation and leadership;[2]

3. No later than ten (10) business days following the latter of the appointment of interim lead counsel or a determination on consolidation, the parties shall meet and confer regarding dates for further proceedings in accordance with any scheduling order entered by the Court; and

4. These agreements are entered into without prejudice to any party seeking interim relief.

Based on the foregoing, the parties respectfully request that the Court endorse this letter, giving effect to the requested schedule.

---

[1] Other than insufficient service of process, Defendants do not waive any objection or defense, including but not limited to lack of personal jurisdiction.

[2] On October 18, 2016, the Court endorsed a letter-motion submitted in the first *Sergeants Benevolent* action (1) providing that certain defendants would waive service, (2) extending plaintiffs' deadline to submit an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(A), and (3) setting a deadline for defendants to respond to the amended complaint. *See* Case No. 16-cv-07229-WHP, Dkt. No. 29. The protocol in this letter is intended to supersede the existing *Sergeants Benevolent* agreement and conform the schedules in all pending cases.

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: /s/ Katherine A. Rocco
Jay P. Lefkowitz, P.C.
Joseph Serino, Jr., P.C.
Katherine A. Rocco
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
lefkowitz@kirkland.com
joseph.serino@kirkland.com
katherine.rocco@kirkland.com

*Attorneys for Defendants Akorn, Inc. and Hi-Tech Pharmacal Co., Inc.*

KAYE SCHOLER LLP

By: /s/ Saul P. Morgenstern
Saul P. Morgenstern
Margaret A. Rogers
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
saul.morgenstern@kayescholer.com
margaret.rogers@kayescholer.com

Laura Shores
901 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580
laura.shores@kayescholer.com

*Attorneys for Defendants Fougera Pharmaceuticals Inc. and Sandoz Inc.*

KELLEY DRYE & WARREN LLP

By: /s/ Damon W. Suden
Damon W. Suden
William A. Escobar
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
dsuden@kelleydrye.com
wescobar@kelleydrye.com

*Attorneys for Defendant Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Scott A. Stempel
Scott A. Stempel (*pro hoc vice* forthcoming)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
scott.stempel@morganlewis.com

*Attorneys for Defendant Perrigo Company PLC and Perrigo New York, Inc.*

VENABLE LLP

By: /s/ J. Douglas Baldridge
J. Douglas Baldridge
Lisa Jose Fales (*pro hac vice* to be filed)
Danielle R. Foley (*pro hac vice* to be filed)
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jbaldridge@Venable.com
ljfales@Venable.com
drfoley@Venable.com

David N. Cinotti
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
dncinotti@Venable.com

*Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals USA, Inc.*

ROBBINS GELLER RUDMAN & DOWD LLP

By: /s/ Brian O. O'Mara
Brian O. O'Mara
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: (619) 231-1058
Fax: (619) 231-7428
BOMara@rgrdlaw.com

*Attorney for Plaintiff NECA-IBEW Welfare Trust Fund, et al.*

HAUSFELD LLP

By: /s/ Scott Allan Martin
Scott Allan Martin
165 Broadway, Suite 2301
New York, NY 00000
Phone: (212) 357-1195
Fax: (212) 202-4322
smartin@hausfeld.com

*Attorney for Plaintiffs Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund and International Union of Operating Engineers Local 30 Benefits Fund*

GIRARD GIBBS LLP

By: /s/ Daniel Charles Girard
Daniel Charles Girard
601 California Street, 14th Floor
San Francisco, CA 94108
Phone: (415) 981-4800
Fax: (415) 981-4846
dcg@girardgibbs.com

*Attorney for Plaintiff Sergeants Benevolent Association Health & Welfare Fund, et al.*

MOTLEY RICE LLC

By: /s/ Michael Morris Buchman
Michael Morris Buchman
600 Third Avenue, 21st Floor
New York, NY 10016
Phone: (212) 577-0040
Fax: (212) 577-0054
mbuchman@motleyrice.com

*Attorney for Plaintiff A.F. of L. - A.G.C Building Trades Welfare Plan, et al.*

WEXLER WALLACE LLP

By: /s/ Kenneth A. Wexler
Kenneth A. Wexler
55 W Monroe Street, Suite 3300
Chicago, IL 60603
Phone: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com

*Attorney for Plaintiff United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund, et al.*